

vincentsantosinf

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 31 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00087 |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **THEFT OF GOVERNMENT PROPERTY** |
| VINCENT E. SANTOS, | ) [18 U.S.C. § 641] |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

On or about July 10, 2007, in the District of Guam, the defendant, VINCENT E. SANTOS, willfully and knowingly, did steal and purloin United States property from Guam Ship Yard, U.S. Naval Station, Guam, of value of less than $1,000, property of the United States, to wit: Cooper Wire, in violation of Title 18, United States Code, Section 641.

DATED this 31st day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney

Criminal Case Cover Sheet                                          U.S. District Court

**Place of Offense:**

City ____-__Hagåtña_____    **Related Case Information:**

Country/Parish _____    Superseding Indictment _____ Docket Number __**07-00087**__
                                  Same Defendant _____  New Defendant ___x___
                                  Search Warrant Case Number _____
                                  R 20/ R 40 from District of _____

**Defendant Information:**

        **Juvenile: Yes** _____ **No** __X__    **Matter to be sealed:** _____ **Yes** __x__ **No**

Defendant Name     __Vincent E. Santos_____

Alias Name     _____

Address     _____

    __Tamuning, Guam_____

RECEIVED AUG 31 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birthdate __Xx/xx/1963__ SS# __xxx-xx-3769__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

SAUSA __Ryan M. Anderson_____

**Interpreter:** __X__ No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    _____ Petty __X__ Misdemeanor _____ Felony

    **Index Key/Code**    **Description of Offense Charged**    **Count(s)**

Set  1 __18 USC 641__    __Theft of Government Property__    __1__

Set  2 _____    _____    _____

Set  3 _____    _____    _____

Set  4 _____    _____    _____

(May be continued on reverse)

Date: __8/31/07__    Signature of AUSA: _[signature]_