
**ORIGINAL**

1  LEONARDO M. RAPADAS
   United States Attorney
2  RYAN M. ANDERSON
   Special Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 3 1 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00087 |
| Plaintiff, | |
| vs. | **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** |
| VINCENT E. SANTOS, | |
| Defendant. | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, VINCENT E. SANTOS, based on an Information filed charging the defendant with Theft of Government Property in violation of Title 18, United States Code, Section 641

Respectfully submitted this 31st day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney