AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**VINCENT E. SANTOS**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    **CR-07-00087** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 W. Soledad Avenue | Room<br>302 |
|---|---|
| Before:    HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Date and Time<br>**Tuesday, September 18, 2007 at 9:15 a.m.** |

To answer a(n)
☐ Indictment    X Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    18    United States Code, Section(s)    641

Brief description of offense:

Theft of Government Property

**FILED**
DISTRICT COURT OF GUAM

SEP 1 8 2007

**JEANNE G. QUINATA**
**Clerk of Court**

ORIGINAL

_____
MARILYN B. ALCON; Deputy Clerk
Name and Title of Issuing Officer

*Marilyn P. Alcon*
Signature of Issuing Officer

September 4, 2007
Date

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] 9/18/07 | Date OJOSA |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USMARSHOLS OFC.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  9/18/07
            Date

_____
Name of United States Marshal  Joaquin Solens

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.