# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>**VINCENT E. SANTOS,**<br><br>        Defendant. | CRIMINAL CASE NO. 07-00087<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to September 17, 2007.

                                                    /s/ Joaquin V.E. Manibusan, Jr.
                                                         U.S. Magistrate Judge
                                                       **Dated: Sep 18, 2007**