vincentsantosinf2

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

SEP 25 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00087 |
|---|---|
| Plaintiff, | ) **SUPERSEDING INFORMATION** |
| vs. | ) WITHIN SPECIAL MARITIME AND |
| VINCENT E. SANTOS, | ) TERRITORIAL JURISDICTION [18 U.S.C. §§ 7(3) & 661] |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

On or about July 10, 2007, in the District of Guam, the defendant, VINCENT E. SANTOS, at a place within the special maritime and territorial jurisdiction of the United States, namely U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did take and carry away, with intent to steal and purloin, the

//
//
//
//

personal property of another, namely Copper Magnet Wire belonging to Guam Shipyard, of the value of less than $1000, in violation of Title 18, United States Code, Sections 7(3) & 661.

DATED this 25 day of September, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: RYAN M. ANDERSON
Special Assistant U.S. Attorney

Reviewed:

JEFFREY J. STRAND
First Assistant U.S. Attorney

- 2 -