IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE

CASE NO.: CR-07-00087-001 DATE: October 01, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori   Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 1:52:28 - 1:55:18
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Vincent E. Santos   Attorney: Joaquin C. Arriola, Jr.
  Present  Custody  Bond  P.R.     Present  Retained  FPD  CJA
U.S. Attorney: Ryan Anderson   U.S. Agent:
U.S. Probation: Maria Cruz   U.S. Marshal: D. Punzalan
Interpreter:   Language:

**PROCEEDINGS: Initial Appearance on a Superseding Information and Arraignment**
- Defendant sworn and examined.
- Defendant waives reading of Superseding Information.
- Plea entered: Not guilty
- Court ordered that the trial date to remain as scheduled for: November 13, 2007 at 9:30 a.m.
- In addition, the Court ordered that all previously set deadlines will continue to apply.
- Defendant released as previously ordered by this Court.

NOTES: