# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## CHANGE OF PLEA

CASE NO.: CR-07-00087                    DATE: October 25, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                    Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore          Electronically Recorded: 9:58:00 - 10:12:27
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Vincent E. Santos                Attorney: Jacqueline Terlaje on behalf of
                                                      Joaquin C. Arriola, Jr.

☑Present ☐Custody ☐Bond ☑P.R.          ☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Ryan Anderson                U.S. Agent:
U.S. Probation: Christopher Duenas          U.S. Marshal: D. Punzalan
Interpreter:                                Language:

**PROCEEDINGS: Change of Plea**

- Defendant continued to waive trial, judgment and sentencing before the district judge and consented to proceed before the Magistrate Judge.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: January 23, 2008 at 9:00 A.M.
- Draft Presentence Report due to the parties: December 18, 2007
- Response to Presentence Report: January 2, 2008
- Final Presentence Report due to the Court: January 16, 2008
- Defendant released as previously ordered by this Court.

NOTES: