# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00087  DATE: January 23, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori        Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio    Electronically Recorded: 1:44:35 - 1:50:58
CSO: J. McDonald

**APPEARANCES:**

Defendant: Vincent E. Santos        Attorney: Jacquiline T. Terlaje on behalf of Joaquin C. Arriola, Jr.

☑ Present ☐ Custody ☐ Bond ☑ P.R.    ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: William R. Parker     U.S. Agent:
U.S. Probation: Carleen Borja        U.S. Marshal: R. Manglona
Interpreter:                         Language:

**PROCEEDINGS: Sentencing**

- Defendant sentenced to probation for a term of <u>2 years</u>, with conditions (refer to Judgment for conditions of probation).
- Defendant ordered to pay restitution in the amount of $247.00
- Defendant was ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.

NOTES: