**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00087-001 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| VINCENT EDWARD SANTOS, | ) | |
| Defendant. | ) | |

On January 23, 2008, Vincent Edward Santos was sentenced by the Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge for the District Court of Guam, for the offense, to wit: Within Special Maritime and Territorial Jurisdiction, in violation of 18 U.S.C. §§ 7(3) and 661. He was placed on two years probation with conditions to include that he submit to three drug tests, allow the probation office access to all financial information and not obtain any new lines of credit without authorization from the probation officer, pay a $25 special assessment fee, and pay restitution in the amount of $247.

Mr. Santos has been compliant with the conditions of probation. He paid the special assessment fee and restitution on January 24, 2008, completed the mandatory drug testing condition on April 1, 2008, and is gainfully employed as an electrician. He also submits his monthly supervision reports within the first five days of each month.

On September 2, 2008, Mr. Santos reported to the U.S. Probation Office and submitted a request to travel to Saipan, Commonwealth of the Northern Mariana Islands to attend his brother-in-law's wedding. He proposes to travel on September 25, 2008 with a return date of September 29, 2008.

     In light of Mr. Santos's compliance status with his probationary conditions, this Officer supports the request to travel and seeks the Court's approval.

                           Respectfully submitted,

                           ROSSANNA VILLAGOMEZ-AGUON
                           Chief U.S. Probation Officer

By: 
                /s/ MARIA C. CRUZ
                U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
  Supervision Unit Leader

cc:    File