**Vincent Edward Santos**
**Case No. CR07-00087**
**SSN: XXX-XX-3769**
**DOB: XX-XX-1963**
**HT: 5'6"/WT: 170 lbs.**

DATE **September 11, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO: **Saipan, Commonwealth of the Northern Mariana Islands**

FROM **September 25, 2008** AND RETURNING **September 29, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To attend a relative's wedding**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Immediately report any change in your travel plans to the U.S. Probation Office.**

2. **Report to the U.S. Probation Office within 24 hours after your arrival on Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ MARIA C. CRUZ
U.S. Probation Officer
UNITED STATES PROBATION OFFICER

☐ Approved  ☐ Disapproved

NAME: **USPOs M. Wonenberg or M. Brunson**
ADDRESS **Horiguchi Building, Room 4D**
**Saipan, MP 96950**
**(670) 236-2989/2990**