| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|



**Vincent Edward Santos**
Case No. CR07-00087
SSN: XXX-XX-3769
DOB: XX-XX-1963
HT: 5'6"/WT: 170 lbs.

DATE **September 11, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO: **Saipan, Commonwealth of the Northern Mariana Islands**

FROM **September 25, 2008** AND RETURNING **September 29, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To attend a relative's wedding**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Immediately report any change in your travel plans to the U.S. Probation Office.**

2. **Report to the U.S. Probation Office within 24 hours after your arrival on Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:



/s/ MARIA C. CRUZ
U.S. Probation Officer
UNITED STATES PROBATION OFFICER

NAME: **USPOs M. Wonenberg or M. Brunson**
ADDRESS: **Horiguchi Building, Room 4D**
**Saipan, MP 96950**
**(670) 236-2989/2990**

[X] Approved       [ ] Disapproved



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Sep 12, 2008